No. 24-7246

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

UNION GOSPEL MISSION OF YAKIMA, WASHINGTON,
Plaintiff-Appellee,

v.

ROBERT FERGUSON, in his official capacity as Attorney General of Washington, ANDRETA ARMSTRONG, in her official capacity as Executive Director of the Washington State Human Rights Commission; and GUADALUPE GAMBOA, HAN TRAN, JEFF SBAIH, LUC JASMIN, and CHELSEA DIMAS, in their official capacities as Commissioners of the Washington State Human Rights Commission,
Defendants-Appellants.

ON APPEAL FROM THEUNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON AT YAKIMA
No. 1:23-cv-3027-MKD
The Honorable Mary K. Dimke
United States District Court Judge

## APPELLANTS' EXCERPTS OF RECORD
## INDEX VOLUME

ROBERT W. FERGUSON
*Attorney General*

CYNTHIA L. ALEXANDER, WSBA 46019
TERA M. HEINTZ, WSBA 54921
 *Deputy Solicitors General*
1125 Washington St SE
Olympia, WA 98504
Cynthia.Alexander@atg.wa.gov
Tera.Heintz@atg.wa.gov
(206) 326-5488

| Volume 1 of 3 | | | |
|---|---|---|---|
| **Document Description** | **Filing Date** | **USDC Dkt. No.** | **ER Page Numbers** |
| Order Granting Plaintiff's Motion for Preliminary Injunction | 11/01/24 | 41 | 2–17 |
| **Volume 2 of 3** | | | |
| Declaration of Scott Thielen in Support of Motion for Preliminary Injunction | 09/20/24 | 34 | 19-24 |
| Exhibit A to Declaration of Scott Thielen in Support of Motion for Preliminary Injunction | 09/20/24 | 34-1 | 25-75 |
| Plaintiff's Supplemental Memorandum in Support of Motion for Preliminary Injunction | 09/20/24 | 33 | 76-103 |
| Defendants' Notice and Stipulation of Enforcement Position | 09/11/24 | 31 | 104-107 |
| Hearing Transcript | 09/28/23 | 24 | 108-183 |
| **Volume 3 of 3** | | | |
| Order Granting Defendants' Motion to Dismiss and Denying As Moot Plaintiff's Motion for Preliminary Injunction | 09/01/23 | 23 | 185-213 |
| Plaintiff's Motion for Preliminary Injunction | 04/05/23 | 14 | 214-241 |
| Declaration of James Johnson in Support of Plaintiff's Motion for Preliminary Injunction | 04/05/23 | 14-1 | 242-256 |
| Defendants' Motion to Dismiss | 03/29/23 | 11 | 257-283 |

| Verified Complaint for Declaratory and Injunctive Relief | 03/02/23 | 1 | 284-336 |
|---|---|---|---|
| Exhibit 8 to Verified Complaint – Religious Hiring Policy | 03/02/23 | 1-8 | 337-338 |
| Notice of Preliminary Injunction Appeal | 12/02/24 | 45 | 339-343 |
| Civil Docket for 1:23-cv-3027-MKD, Eastern District of Washington | | | 344-350 |