UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNION GOSPEL MISSION OF YAKIMA WASHINGTON,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>ROBERT FERGUSON, in his official capacity as Attorney General of Washington State; et al.,<br><br>        Defendants - Appellants. | No. 24-7246<br><br>D.C. No. 1:23-cv-03027-MKD<br>Eastern District of Washington, Yakima<br><br>ORDER |

The answering brief submitted by Appellee Union Gospel Mission of Yakima Washington is filed.

Within 7 days of this order, Appellee must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The excerpts of record submitted by Appellee are filed. Within 7 days of this order, Appellee is ordered to file 3 copies of the excerpts in paper format securely bound on the left side, with white front cover pages.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The

regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

                                               FOR THE COURT:

                                               MOLLY C. DWYER  
                                               CLERK OF COURT