## Docket No. 24-7246

# In the United States Court of Appeals for the Ninth Circuit

UNION GOSPEL MISSION OF YAKIMA WASHINGTON,
*Plaintiff-Appellee,*

v.

NICK BROWN, in his official capacity as Attorney General of
Washington State; ANDRETA ARMSTRONG, in her official capacity
as Executive Director of the Washington State Human Rights
Commission; and GUADALUPE GAMBOA, HAN TRAN, JEFF SBAIH,
LUC JASMIN, and CHELSEA DIMAS, in their official capacities as
Commissioners of the Washington State Human Rights Commission,

*Defendants-Appellants,*

*Appeal from a Decision of the United States District Court
for the Eastern District of Washington, Case No. 1:23-cv-3027
Honorable Mary K. Dimke, District Judge*

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF PROPOSED *AMICI CURIAE* 18 CURRENT AND FORMER WASHINGTON STATE LEGISLATORS IN SUPPORT OF PLAINTIFF-APPELLEE AND AFFIRMANCE

STEVEN T. O'BAN
**ATTORNEY-AT-LAW**
1575 S. SEASHORE DRIVE
TACOMA, WA 98465
(213) 312-1688 Telephone
stevenoban@gmail.com


THOMAS BREJCHA
PETER BREEN
**THOMAS MORE SOCIETY**
121 West Wacker Dr., Ste. 650
Chicago, IL 60601
(312) 782-1680 Telephone
pbreen@thomasmoresociety.org

CHARLES S. LiMANDRI
PAUL M. JONNA
JEFFREY M. TRISSELL
**LiMANDRI & JONNA LLP**
Post Office Box 9120
Rancho Santa Fe, CA 92067
(858) 759-9930 Telephone
jtrissell@limandri.com


*Attorneys for Amici Curiae
Washington State Legislators*

Pursuant to Federal Rules of Appellate Procedure 27 and 29 and Ninth Circuit Rules 27-1 and 29-2, proposed *Amici Curiae* 18 current and former members of the Washington State Legislature hereby move this Court for an Order permitting the filing of their proposed *Amici Curiae* brief. In support of this motion, undersigned counsel declares and states as follows:

1. Proposed *Amici Curiae* are 18 current and former members of the Washington State Legislature who submit their proposed *Amici Curiae* brief in support of Plaintiff-Appellee and affirmance of the district court's preliminary injunction. Proposed *Amici Curiae* include Senators Mark Schoesler, John Braun, Judy Warnick, Shelly Short, Jim McCune, Phil Fortunato, Matt Boehnke, and Keith Wagoner; former Senators Mike Padden, Jim Honeyford, and Steve O'Ban; Representatives Chris Corry, Cyndy Jacobsen, Joe Schmick, Stephanie McClintock, Tom Dent, and Keith Goehner; and former Representative J.T. Wilcox.

2. As originally enacted, the Washington Law Against Discrimination (WLAD) contained an exemption accommodating the right of religious employers to hire coreligionists. However, this provision was invalidated by the Washington State Supreme Court in *Woods v. Seattle's Union Gospel Mission*, 197 Wash. 2d 231 (2021), as violative of the Washington Constitution. As current and former members of the Washington State Legislature, proposed *Amici Curiae* have an interest in explaining the rationale behind the exemption in WLAD, how it is not a "license to discriminate," *id.* at 253 (Yu, J., concurring), but a necessary provision to

protect the constitutional rights of religious organizations, as held by the initial panel decision in this case. *Union Gospel Mission of Yakima Washington v. Brown*, 162 F.4th 1190 (9th Cir. 2026).

3. Proposed *Amici Curiae*'s brief is both desirable and relevant because it explains the important public policy reasons for accommodating the First Amendment interests of individuals and religious organizations to self-define and carry out their religious purposes. In their brief, proposed *Amici Curiae* show how, throughout the history of our nation, colonial, state, and federal legislatures have enacted accommodations to protect individual conscience and the autonomy of religious organizations. They further explain that shielding religious institutions from government interference has allowed coreligionists to pool their resources and talents and form religious associations to pursue charitable missions that have made enormous contributions to American society. It was following that tradition that, in 1949 the Washington State Legislature adopted the religious organization exemption at the same time it adopted one of the very first anti-discrimination laws.

4. Pursuant to Ninth Circuit Rule 29-2(a), the current Washington State Legislators may file their *Amici Curiae* brief with the Court as a matter of right. However, because the brief includes former Washington State Legislators, leave of court is required. On Friday, July 17, 2026, my co-counsel Jeffrey Trissell emailed counsel for both Appellants and

Appellees to obtain their position on this motion. Both sides represented that they consent to the filing of this brief and will not oppose this motion.

Pursuant to 28 U.S.C. § 1746, undersigned counsel declares under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: July 22, 2026

/s/ Steven T. O'Ban
Steven T. O'Ban
ATTORNEY-AT-LAW
1575 S. Seashore Drive
Tacoma, WA 98465
Tel: (213) 312-1688
stevenoban@gmail.com

Charles S. LiMandri
Paul M. Jonna
Jeffrey M. Trissell
LIMANDRI & JONNA LLP
P.O. Box 9120
Rancho Santa Fe, CA 92067
Tel: (858) 759-9930
Facsimile:(858) 759-9938
jtrissell@limandri.com

Thomas Brejcha
Peter Breen
THOMAS MORE SOCIETY
121 West Wacker Dr., Ste. 650
Chicago, IL 60601
Tel: (312) 782-1680
pbreen@thomasmoresociety.org

*Attorneys for Amici Curiae*
*Washington State Legislators*

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(2)(A) and 9th Cir. R. 27-1 because it contains 505 words. I further certify that the motion's type size and typeface comply with Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Century Schoolbook font.

/s/ Steven T. O'Ban
Steven T. O'Ban

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate ACMS system. I certify that all participants in the case are registered ACMS users and that service will be accomplished by the appellate ACMS system.

/s/ Steven T. O'Ban
Steven T. O'Ban